

January 5, 2021

Honorable Cecelia G. Morris
One Bowling Green
New York, NY 10004-1408

    Re:    **Gail Spangler**
    Case#:    19-13276

Dear Honorable Cecelia G. Morris:

    It is hereby requested that the Motion for Relief from Stay on behalf of Select Portfolio Servicing, Inc. as Servicing Agent returnable for January 7, 2021 be marked as settled with the attached proposed agreed order.

    Please feel free to contact our office with any questions or concerns.

    Thank you.

    Very truly yours,

    /S/Ted Eric May, Esq.
    Ted Eric May, Esq.

TEM:ks

Corporate Headquarters: 255 Merrick Road, Rockville Centre, New York 11570
Phone: 516.763.3200 | Fax: 516.763.3243
www.MayLawFirm.Com
E-Mail: Ted.May@MayLawFirm.Com
Direct Fax: 516.394.4267