**CHRISTOPHER R. CABANILLAS \*◊**
**WENDY MARIE WEATHERS \***
**ATHEEB U. KHATEEB \*◦◊**
**LAUREN M. OSA \*‡**
**SETH M. LEVY\*◦**
**PAOLA D. VERA\*◦**
**IDA RUBIN◦‡**
**CHRISTOPHER VALENCIA\***
**MARYORY BAEZ\***
**CHRISTOPHER C. GARITEE\***

*OF COUNSELS:*
**FRANK DANZI◦**
**STEPHEN W. FLYNN\***
**VICTORIA LEHNING\***
**JONATHAN TENBRINK\*◦**
**JAMES R. WITTSTEIN◊**
**SAWSAN Y. ZAKY\*◦◊**

**Admitted In:**
**\* New York**
**◦ New Jersey**
**◊ Connecticut**
**‡ Florida**

# CABANILLAS & ASSOCIATES, P.C.
A NY PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

120 BLOOMINGDALE ROAD, SUITE 400
WHITE PLAINS, NEW YORK 10605

PHONE: 914-385-0292
FAX: 914-615-6516

Reply to White Plains Office

**Bronx Office:**
1452 Westchester Ave.
Bronx, NY 10468

**Queens Office:**
88-30 Sutphin Blvd.
Jamaica, NY 11435

**Brooklyn Office:**
4922 4th Ave., 2nd Floor
Brooklyn, NY 11220

**Suffolk Office:**
781 Suffolk Ave., 2nd Floor
Brentwood, NY 11717

**New Jersey Office:**
4100 Kennedy Blvd., Suite 102
Union City, NJ 07087

**New Jersey Office:**
825 Georges Road
North Brunswick, NJ 08902

**Connecticut Office:**
One Stamford Plaza
263 Tresser Blvd, 9th Flr
Stamford, CT 06901

January 5, 2021

**<u>Via ECF Filing</u>**
Honorable Chief Judge Cecelia Morris
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004-1408

  Re: Gail Spangler
     Case No.: 19-13276

Dear Chief Judge Morris,

  We would kindly request that the office wishes to withdraw the Motion to Substitute Attorney, docket no.83 . Wendy Marie Weathers, Esq. will remain as attorney of record. If you have any questions, please do not hesitate to contact us at 914-418-2053.

           Respectfully yours,

           /s/ Lauren Osa_____
           Lauren Osa , Esq.

{01833623 /1 }